UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00280-FDW-DSC

| | |
|---|---|
| JAMALLA BROWN, individually and on behalf of others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LAKEVIEW LOAN SERVICING, LLC, )<br>and LOANCARE, LLC, )<br>)<br>Defendants. )<br>) | ORDER and<br>NOTICE OF HEARING |

THIS MATTER is before the Court on Court on the Plaintiff's Motion for Class Certification, (Doc. No. 47), and the parties' cross-motions for summary judgment, (Doc. Nos. 70, 72). The Court held a hearing on October 5, 2021, where counsel for all parties made oral argument on the pending motions.

IT IS THEREFORE ORDERED that for the reasons stated in open court following a hearing, the Court DENIES Plaintiff's Motion for Class Certification, (Doc. No. 47), and Plaintiff's Motion for Summary Judgment, (Doc. No. 72).

IT IS FURTHER ORDERED that the Court DENIES IN PART Defendant's Motion for Summary Judgment, (Doc. No. 70), on Plaintiff's claim against both Defendants under the North Carolina Mortgage Debt Collection and Servicing Act and GRANTS IN PART Defendant's Motion for Summary Judgment, (Doc. No. 70), on Plaintiff's remaining claims.

IT IS FURTHER ORDERED that the Court intends to proceed with the current trial setting of November 1, 2021. The parties' joint pretrial submissions shall be due by October 22, 2021.

TAKE NOTICE that a pretrial conference in this matter will take place at docket call on November 1, 2021.

IT IS SO ORDERED.

Signed: October 5, 2021

Frank D. Whitney
United States District Judge